IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

IMH HEALTHCARE LLC,

      Appellant,

v.

STATE OF FLORIDA OFFICE
OF INSURANCE REGULATION
ETC.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1183

Opinion filed September 16, 2016.

An appeal from the Office of Insurance Regulation.
Kevin M. McCarty, Commissioner.

M. Stephen Turner, David K. Miller, and Alexandra E. Aparicio of Broad and Cassel, Tallahassee, for Appellant.

Shaw P. Stiller, Chief Assistant General Counsel, and Alyssa S. Lathrop, Assistant General Counsel, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.